

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Ghebrehiwet Haben

**Plaintiff,**

V.

Jeremy Casey, Warden at Imperial
Regional Detention Center

**Defendant.**

**Civil Action No.**   26-cv-02039-JLS-JLB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that on May 19, 2026 the Court Granted in Part Petitioner's Amended Petition for Writ of Habeas Corpus (ECF No. 9) and Ordered the Government to provide Petitioner with an individualized bond hearing. Hearing has passed and Petitioner has been released. This concluded the litigation in this matter.

**Date:**          6/9/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  A. Santiago

A. Santiago, Deputy